

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2022

No. 04-22-00435-CR

Eric **WILLRICH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR11728A
Honorable Frank J. Castro, Judge Presiding

# O R D E R

Appellant's brief was due on November 15, 2022. This deadline reflects the Court's granting of Appellant's first motion for extension of time, which allowed for a seventy-six-day extension. Appellant now files a second motion for extension of time and seeks a fifteen-day extension. After consideration, we GRANT IN PART the motion and ORDER appellant to file his brief by November 28, 2022. Further requests for extension of time will be disfavored absent extenuating circumstances.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2022.

_____
Michael A. Cruz
Clerk of Court